■ MACK STUDIOS DISPLAYS, INC., et al., Appellants, v CITY OF AUBURN, Respondent. (Appeal No. 2.) [649 NYS2d 898] —Order unanimously affirmed without costs. Same Memorandum as in *Rood Utils. v City of Auburn* (233 AD2d 873 [decided herewith]). (Appeal from Order of Supreme Court, Cayuga County, Fisher, J.—Summary Judgment.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Balio, JJ.